*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-968

IN RE JENEBA J. GHATT

**2018 DDN 267**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No. 467201**

BEFORE: Easterly, Associate Judge, and Farrell and Ruiz, Senior Judges.

### O R D E R
(FILED – November 15, 2018)

On consideration of the certified order from the Court of Appeals of Maryland disbarring respondent from the practice of law; this court's September 25, 2018, order suspending respondent pending resolution of this matter and directing her to show cause why reciprocal discipline should not be imposed; the response thereto; the statement of Disciplinary Counsel; and respondent's D.C. Bar R. XI, §14 (g) affidavit filed October 24, 2018, it is

ORDERED that Jeneba J. Ghatt is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to October 24, 2018. *See In re Sibley*, 990 A.2d 483, 496 (D.C. 2010). In a reciprocal discipline case respondent may not re-litigate the factual findings made in the original jurisdiction, *see In re Zdravkovich*, 831 A.2d 964, 969 (D.C. 2003), and respondent has failed to establish any basis under D.C. Bar R. XI § 11(c) to rebut the presumption of imposing reciprocal discipline.

**PER CURIAM**